IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KASSIE SWIFT**                                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 4:22-CV-00310-BSM**

**UNITED STATES SOCIAL**                                                         **DEFENDANT**
**SECURITY ADMINISTRATION**

## ORDER

After *de novo* review, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 15] is adopted and this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE