IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KASSIE SWIFT                                                                                    PLAINTIFF

v.                                  CASE NO. 4:22-CV-00310-BSM

UNITED STATES SOCIAL                                                                DEFENDANT
SECURITY ADMINISTRATION

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE